TYPE OF HEARING: RS-Revo
CASE NUMBER: 1:17mj273
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 11/27/2018
TIME: 10:00 a.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Alarie P. Spitzer

GOVT. ATTY: Lynda Lao

DEFT'S ATTY: Brooke Rupert

DUTY AFPD: ___

INTERPRETER/LANGUAGE ___

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (X)
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Court to reappoint FPD. Deft's motion to continue - Granted.

BOND:

Deft is recognized to appear at further proceedings.

( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE 1/8/19 TIME 10:00 a.m

Revocation                IDD

2 min